AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ERNEST SIMMONS, ROBIN SIMMONS, KORY SIMONS, et al.,

                     Plaintiffs,

                     v.

WASHINGTON STATE DEPT. OF NATURAL RESOURCES, et al.,

                     Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-3046-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED without prejudice and judgment is entered in Defendants' favor without prejudice.

| | |
|---|---|
| July 3, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |